UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON L. MOJICA,

                              Plaintiff,

               -against-

DIRECTOR OF FEDERAL BUREAU OF
PRISONERS, et al.,

                              Defendants.

1:21-CV-10504 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 9, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed and signed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in fees to bring this action. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 9, 2022
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge